FLN (Rev. 4/2004) Deficiency Order                                                                                  Page 1 of 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

LANCE MURPHY

    vs                                                                   Case No. 3:09cv78/LAC/EMT

STATE OF FLORIDA

---

## ORDER

Petitioner's document, "**Notice to Court in Reference: Habeas Corpus** (and attachment thereto)," received by the clerk of the court on March 10, 2009, was referred to the undersigned with the following deficiency:

> The document is not in proper form. A request for a court order must be made by motion. Fed. R. Civ. P. 7(b). The title of the motion shall include a clear, concise and specific description of the motion and the filing party. *See* Fed. R. Civ. P. 7(b)(2), 10(a); N.D. Fla. Loc. R. 5.1(B)(2). The body of the motion must state with particularity the grounds for seeking the order and the relief sought from the court. *See* Fed. R. Civ. P. 7(b).

For this reason, it is **ORDERED** that:

> The submitted hard copy of the document shall be returned to Petitioner by the Clerk without electronic filing. It may be resubmitted after the above-noted deficiency is corrected.

**DONE AND ORDERED** this 19th day of March 2009.

                                              /s/ *Elizabeth M. Timothy*
                                           **ELIZABETH M. TIMOTHY**
                                           **UNITED STATES MAGISTRATE JUDGE**