FLN (Rev. 4/2004) Deficiency Order                                                                                    Page 1 of 2

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

LANCE MURPHY

    vs                                                              Case No. 3:09cv78/LAC/EMT

STATE OF FLORIDA

---

**ORDER**

Petitioner's document, "**Notice in Ref: Habeas Corpus**" and "**Notice in Ref: Extradition hearing/motion to dismiss**," received by the clerk of the court on March 10, 2009, were referred to the undersigned with the following deficiencies:

> The documents are not in proper form. A request for a court order must be made by motion. Fed. R. Civ. P. 7(b). The title of the motion shall include a clear, concise and specific description of the motion and the filing party. *See* Fed. R. Civ. P. 7(b)(2), 10(a); N.D. Fla. Loc. R. 5.1(B)(2). The body of the motion must state with particularity the grounds for seeking the order and the relief sought from the court. *See* Fed. R. Civ. P. 7(b).

> The documents do not have a proper signature block. The address and telephone number of the party filing the document must be included with the original signature. *See* Fed. R. Civ. P. 11(a).

> The first page of each document does not have a bottom margin of at least two (2) inches as required by Rule 5.1(B)(3) of the Local Rules of the Northern District of Florida. Each subsequent page must have a margin of approximately one and one-fourth (1 1/4) inch.

For these reasons, it is **ORDERED** that:

> The submitted hard copy of the documents shall be returned to Petitioner by the Clerk without electronic filing. They may be resubmitted after the above-noted deficiencies are corrected.

FLN (Rev. 4/2004) Deficiency Order                                                                                                Page 2 of 2

**DONE AND ORDERED** this 19th day of March 2009.

                                 /s/ *Elizabeth M. Timothy*
                                **ELIZABETH M. TIMOTHY**
                                **UNITED STATES MAGISTRATE JUDGE**