IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LANCE MURPHY,
    Petitioner,

vs.                                   Case No. 3:09cv78/LAC/EMT

STATE OF FLORIDA,
    Respondent.

_____/

**O R D E R**

Petitioner has filed an amended petition for writ of habeas corpus under 28 U.S.C. § 2254 (Doc. 16) and has paid the filing fee. However, Petitioner failed to provide the court with two complete copies of his amended petition for service upon Respondent. Petitioner is advised that he must submit a complete copy for each named Respondent and for the Attorney General of the State of Florida. Therefore, Petitioner must submit two (2) complete copies of the amended petition.

Accordingly, it is **ORDERED**:

1.    Within **TWENTY (20) DAYS** from the date of docketing of this order, Petitioner shall submit two (2) complete copies of the amended petition as explained above. This case number should be written on each copy.

2.    Failure to comply with this order may result in a recommendation of dismissal of this case.

**DONE AND ORDERED** this 28th day of May 2009.

                                    /s/ *Elizabeth M. Timothy*
                                    **ELIZABETH M. TIMOTHY**
                                    **UNITED STATES MAGISTRATE JUDGE**