IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LANCE MURPHY,
    Petitioner,

vs.                                  Case No.   3:09cv78/LAC/CJK

ATTORNEY GENERAL OF THE
STATE OF FLORIDA,
    Respondent
_____

O R D E R

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 26, 2011. (Doc. 63).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

    Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    The third amended petition for writ of habeas corpus (doc. 40), challenging the convictions and sentences in *State of Florida v. Lance Steri Mu*rphy

in the Circuit Court for Escambia County, Florida, case number 06-0309 is DENIED, and the clerk is directed to close the file.

    3.    A certificate of appealability is DENIED.

DONE AND ORDERED this 4th day of January, 2012.

    *s/L.A. Collier*
    LACEY A. COLLIER
    SENIOR UNITED STATES DISTRICT JUDGE